IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY BASS, #122504, | ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:14-cv-362-MEF ) WO |
| (RN) NURSE PULPWOOD, *et al.,* | ) ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #8) to the Recommendation of the Magistrate Judge filed on June 26, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #7) entered on June 16, 2014 is adopted;

3. Plaintiff's complaint, as amended, is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this the 1st day of July, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE